UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 12-cr-101-01-JD

Ryan Howe

O R D E R

    The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted; Trial is continued to the two-week period beginning Wednesday, January 23, 2013, 9:30 a.m.

    Defendant has already filed a Waiver of Speedy Trial. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                               /s/ Joseph A. DiClerico, Jr.
                                                              Joseph A. DiClerico, Jr.
                                                              United States District Judge

Date:   September 25, 2012

cc:   Jeffrey Levin, Esq.
      Debra Walsh, Esq.
      U.S. Marshal
      U.S. Probation